JOHNSON ET AL. *v.* KOHL.

PRACTICE.—*Superior Court.—Appeal.—Assignment of Error.—Supreme Court.* —Where, on appeal from the special to the general term of the Superior Court, no error is assigned in the latter term, no question is presented to the Supreme Court, on appeal thereto.

From the Marion Superior Court.

*L Barbour, C. P. Jacobs* and *M. B. Williams,* for appellants.

*N. B. Taylor, F. Rand* and *E. Taylor,* for appellee.

BIDDLE, J.—This case was tried at a special term of the superior court, and appealed to the general term. No errors were assigned in the general term; there is, therefore, no question presented to this court. This practice is well settled    *Wesley* v. *Milford,* 41 Ind. 413; *Farman* v. *Ratcliff,* 42 Ind. 537; *Van Dusen* v. *Kindleburger,* 44 Ind. 282; *Wilson* v. *Harrison,* 44 Ind. 468; *Linsman* v. *Huggins,* 44 Ind. 474; *The Indianapolis, etc., Union* v. *The Cleveland, etc., R. W. Co.,*45 Ind. 281; *Carpenter* v. *Sigler,* 47 Ind. 202; *Buser* v. *Blair,* 47 Ind. 519; *Bush* v. *The Grover and Baker, etc., Co.,* 48 Ind. 258; *Thurston* v. *Boardman,* 48

Ind. 426; *Russell* v. *Harrison*, 49 Ind. 97; *Huffman* v. *The Indiana National Bank of Indianapolis*, 51 Ind. 394; *Selking* v. *Jones*, 52 Ind. 409.

The judgment is affirmed, with costs.

Petition for a rehearing overruled at the May term, 1877.